NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID OPPEDAHL, | No. C 11-02878 JF (PR) |
| Plaintiff, | ORDER DEEMING *IN FORMA PAUPERIS* APPLICATION AS TIMELY FILED |
| v. | |
| M.D. R. L. JAVATE, et al., | |
| Defendants. | |

On June 13, 2011, Plaintiff filed a letter which initiated this civil rights action in pro se pursuant to 42 U.S.C. § 1983. On the same day, the clerk sent Plaintiff a notice stating that his complaint was deficient because he did not file a completed in forma pauperis ("IFP") application. (Docket No. 3.) Plaintiff was advised that he must file an IFP application within thirty days of the notice to avoid dismissal of the action. (Id.)

On July 11, 2011, Plaintiff filed an IFP application which was deficient because he failed to submit a completed Certificate of Funds and a copy of his prisoner trust account statement showing transactions for the last six months. (Docket No. 5.)

On July 27, 2011, Plaintiff filed a letter with the Court stating he has been unable to obtain the required Certificate of Funds and prison trust account fund statement for the

1  completion of his IFP.  (Docket No. 6.)  A few days later on August 4, 2011, Plaintiff
2  filed the missing documents to complete is IFP application.  (See Docket No. 7.)  In the
3  interest of justice, the Court deems his IFP application timely filed, and will review it in a
4  separate order.
5         IT IS SO ORDERED.
6  DATED:  8/17/11
7                                                                      JEREMY FOGEL
                                                                        United States District Judge

Order Deeming *in Forma Pauperis* Application as Timely Filed
P:\PRO-SE\SJ.JF\CR.11\02878Oppedahl_ifp-eot.wpd

2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

DAVID OPPEDAHL,

        Petitioner,

  v.

M.D. R. L. JAVATE, et al.,

        Respondents.
        _____/

Case Number: CV11-02878 JF

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on  9/8/11 , I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

David Oppedahl
AF9690
Correctional Training Facility
P.O. Box 690
X-Wing 101L
Soledad, CA 93960

Dated:  9/8/11

                              Richard W. Wieking, Clerk